**CATALYTIC, INC., Petitioner, Cross-Respondent,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent, Cross-Petitioner.**

**No. 82–7357**

**Non-Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 15, 1984.

John Richard Carrigan, Birmingham, Ala., for petitioner, cross-respondent.

Elliott Moore, Deputy Associate Gen. Counsel, N.L.R.B., Washington, D.C., for respondent, cross-petitioner.

---

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, JOHNSON and HATCHETT, Circuit Judges.

PER CURIAM:

Pursuant to the judgment of the Supreme Court of the United States dated April 30, 1984, —— U.S. ——, 104 S.Ct. 2164, 80 L.Ed.2d 548, vacating the judgment of this Court, 714 F.2d 158, and remanding this case, we REMAND the case to the National Labor Relations Board for further consideration in light of *Clear Pine Mouldings, Inc.*, 268 NLRB No. 173 (Feb. 22, 1984).